**10918474**

04/29/2009 12:54:58 PM JEFF PAR 2309930 hrb $58.00
10918474 MORTGAGE BOOK 4407 PAGE 269

**WHEN RECORDED MAIL TO:**

**Ditech.com , LLC**
1100 Virginia Drive
Ft. Washington, PA 19034
Prepared by: Marnessa Birckett

### SUBORDINATION AGREEMENT

THIS SUBORDINATION AGREEMENT, made April 6, 2009, present owner and holder of the Mortgage and Note first hereinafter described and hereinafter referred to as **Mortgage Electronic Registration Systems, Inc..**

### WITNESSETH:

THAT WHEREAS **Sidney L. Shushan and Candida F. Shushan**, residing at 271 Sauve Road , did execute a Mortgage dated 10/6/04 to **Mortgage Electronic Registration Systems, Inc.** covering:

SEE ATTACHED

To Secure a Note in the sum of $ 100,000.00 dated 10/6/04 in favor of **Mortgage Electronic Registration Systems, Inc.**, which Mortgage was recorded 10/25/04 as book 4210, page 299.

WHEREAS, Owner has executed, or is about to execute, a Mortgage and Note in the sum of $ 528,000.00 dated 10/6/04 in favor of **GMAC Mortgage Corporation dba Ditech.com** , here in after referred to as "Lender", payable with interest and upon the terms and conditions described therein, which mortgage is to be recorded concurrently herewith; and recorded on 1/11/05 book 4220, page 503.

WHEREAS, it is a condition precedent to obtaining said loan that Lender's mortgage last above mentioned shall unconditionally be and remain at all times a lien or charge upon the land herein before described, prior and superior to the lien or charge of **Mortgage Electronic Registration Systems, Inc.**mortgage first above mentioned.

NOW THEREFORE, in consideration of the mutual benefits accruing to the parties hereto, and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and in order to induce Lender to make the loan above referred to, it is hereby declared, understood and agreed as follows:



**10918474**

A CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and with all the rights, ways, means, privileges, servitudes, advantages, prescriptions thereunto belonging or in anywise appertaining, situated in the Sixth District of the city of New Orleans, in Square No. 257, bounded by Camp, Lyons, Chestnut and Bordeaux Streets, designated by the No. Nineteen on a sketch of survey made by Gilbert and Kelly, Surveyors dated August 8, 1929, a blue print of copy of which is annexed to an act before F. D. Charbonnet Jr., Notary Public, dated August 26, 1929, for reference and according thereto said Lot No. Nineteen is situated at a distance of one hundred fifty feet, three inches and no lines (150'3"0'") from the corner of Camp and Bordeaux Streets and measures thirty feet (30') front on Camp Street, the same width in the rear, by a depth of one hundred and twenty feet (120') between equal lines.

And according to a survey by E. L. Eustis and sons, Civil Engineers and Surveyors, dated September 25, 1658, print of which is annexed to act before Leonard H. Rosenson, Notary Public, dated November 13, 1958 and made part thereof, the said property has the same location and dimensions as above set forth.

Being the same property acquired by Louvenia R. Smith through of Judgment of Possession of Edna St. Cyr Williams wife of/and George A. Williams recorded at CIN 201497 and CIN 232863. Further acquired Warlette Journee Smith wife of/and Ernest T. Smith through an Act of Donation recorded at CIN 232863 in the official records of the Parish of Orleans, State of Louisiana; subject to restrictions, servitudes, rights-of-ways and outstanding mineral rights of record affecting the property.

# 10918474

(1) That said mortgage securing said note in favor of Lender, shall unconditionally be and remain at all times a lien or charge on the property therein described, prior and superior to the lien or charge of **Mortgage Electronic Registration Systems, Inc.** mortgage first above mentioned, including any and all advances made or to be made under the note secured by **Mortgage Electronic Registration Systems, Inc.** mortgage first above mentioned.

(2) Nothing herein contained shall affect the validity or enforceability of **Mortgage Electronic Registration Systems, Inc.** mortgage and lien except for the subordination as aforesaid.

WITNESSED BY:

Mortgage Electronic Registration Systems, Inc.

By: _____ Trina Jackson

By: _____ Kim Johnson

By: _____ Trina Jackson

By: _____ Kim Johnson

By: _____ Marnessa Birckett

Title: Assistant Secretary

Attest: _____ Linda Walton

Title: Vice President

COMMONWEALTH OF PENNSYLVANIA :
                                :ss
COUNTY OF MONTGOMERY             :

On 4-6-09, before me Tamika Scott, the undersigned, a Notary Public in and for said County and State, personally appeared Marnessa Birckett personally known to me (or proved to me on the basis of satisfactory evidence) to be the Assistant Secretary, and Linda Walton personally known to me (or proved to me on the basis of satisfactory evidence) to be the Vice President of the Corporation that executed the within instrument, and known to me to be the persons who executed the within instrument on behalf of the corporation therein named, and acknowledged to me that such corporation executed the same, pursuant to its bylaws, or a resolution of its Board of Directors.

WITNESS my hand and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tamika Scott, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Nov. 27, 2010
Member, Pennsylvania Association of Notaries

Ditech.com , LLC  
1100 Virginia Drive  
Ft. Washington, PA 19034

**10918474**

April 6, 2009

RE: Home Equity Account # ▓▓▓▓▓▓▓  
 Borrower Name: Sidney L. Shushan

## Subordination Closing Instructions

Pursuant to your request, enclosed please find the executed Subordination Agreement for the referenced account. **You are responsible for the recording fee.**

<u>Any changes to this document without prior written investor approval will render this subordination null and void.</u>

You are hereby authorized and directed to deliver and record the above document(s), without demand on the part of the undersigned.

Should you have any questions, please don't hesitate to contact us at (800) 852-0656 between the hours of 8:30 a.m. and 5:00 p.m. (Eastern Standard Time) Monday through Friday.

Sincerely,

The Subordination Unit