

**Collateral Analytics** — Altisource Real Estate Valuation Services

## 271 SAUVE RD    RIVER RIDGE  LA  70123
**Estimated Value:  312,000**
High: 327,600  Low: 296,400

Loan No:     Ref No:     Date: 09/03/2015    Retro Dt:

### Property Information
| | | | | |
|---|---|---|---|---|
| County: JEFFERSON (22051) | Property Type: Single Family (SFR) | Beds: 2 | Baths: 2 | SqFt: 2460 |
| Land: 76280 | Yr Built: 1949 | Carrier Route: C016 | Asd Value: 43,300 | Asd Yr: 2014 |
| Sld Price: | Sld Date: | List Price: 950,000 | List Date: 02/27/2009 | Off Mkt Date: 02/28/2011 |

### Additional Information
| | | | | |
|---|---|---|---|---|
| Parcel Number:09-10009687 | Census Tract: 239022 | Floor Count: | Basement | Unfinished: | Pool: |
| Legal Description: LOT A-2 MEAS 60 X 208 & PT OF LOT A1 COLONIAL FMS 232/683 1026/930 9371750 9372265 9372266 9371503 10501907 | View: | Land Value: 25,960 | Improvements: 17,340 | Market Value: 433,000 |
| Owner(s): SHUSHAN,SIDNEY L & CANDIDA F, | Zoning: | Property Tax: 4,654 | Property Tax Year: 2014 | |
| Last Sale 1st Loan: | | Type: | Lender: | |
| Last Sale 2nd Loan: | | Type: | Lender: | |
| Last Refi 1st Loan:  27,346 | Date:  07/02/2014 | Type: | Lender:  NEW ORLEANS I HOLDINGS LLC | |
| Last Refi 2nd Loan: | Date: | Type: | Lender: | |

### Comparables Criteria
| | | | |
|---|---|---|---|
| Data Source: Local Mkt / Public Record | | Search Method: Neighborhood | Max Dist: |
| Beds: - | Baths: - | Living Area(sf): 2091 - 2829 | Land Area(sf): - |
| List Price: - | Sold Price: - | Age: 36 - 96 | Months Back: |
| Sales Type Filter: - | | | |

### Comments:
The OA in CIS dated 08/23/2004 describes the subject as 66 Years old single family residence with 2,460 SF GLA, 2 bedrooms, 2 baths, on 76,280 SF lot. Public Record didn't provide any information at the time of review. Hybrid describes the subject similarly except for 2,300 SF GLA, 2.5 baths, 65,340 SF lot and 63 Years old. The OA was relied on. The subject appears to be in Average condition as per the photos in VMS. VMS reports the subject to be Occupied. Close proximity to non-residential, commercial properties, Rail road tracks and Highway could have an effect on value and marketability. According to online data, the subject has not been sold by an arm's length transaction in the past 36 months. Online sources did not reveal an active listing for the subject. The Hybrid market statistics reflect Increasing market conditions. The Hybrid search criteria were modified to include only comparables sold or listed with GLA range from 2,091 SF to 2,829 SF, Ages range from 36 Years to 96 Years and Deselected comp's as superior in condition. The Hybrid default value is $ 315,000. The prior reviewed value range was $ 305,900 to $ 338,100. The Hybrid adjusted value is $ 312,000; which is not a significant variance from the previous reviewed value. Comparables 6 and 14 were considered to determine the reliability.

### Historical List / Sale Information
| Date | Price | Type | Data Source | Buyer | Seller |
|---|---|---|---|---|---|
| 02/28/2011 | 950,000 | Expired | Local Mkt | | |
| 02/27/2009 | 950,000 | Listed | Local Mkt | | |

### Comparables Map



### Selected Comparables
| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte. | REO | FC | SS | Source | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0.17 | 9800 PAULA DR | 4 | 2 | 2,336 | | 1962 | 338,500 | 12/30/2013 | 362,000 | 08/19/2013 | C016 | | | | L Mkt | Sold |
| 4 | 0.4 | 10137 HYDE PL | 4 | 2.5 | 2,418 | | 1967 | 325,000 | 05/12/2014 | 334,000 | 02/18/2014 | C008 | | | | L Mkt | Sold |
| 5 | 0.45 | 9508 ROBIN LN | 3 | 2 | 2,260 | 10,200 | 1976 | 293,000 | 06/14/2014 | 329,900 | 03/31/2014 | C011 | | | | L Mkt | Sold |
| 6 | 0.31 | 9609 WILDWOOD DR | 3 | 3 | 2,695 | 8,600 | 1967 | 292,250 | 12/22/2014 | 292,000 | 11/25/2014 | C011 | | | | L Mkt | Sold |
| 7 | 0.17 | 10116 LUCY CT | 4 | 2.5 | 2,475 | | 1968 | 229,000 | 10/15/2013 | 239,900 | 08/29/2013 | C016 | | | | L Mkt | Sold |
| 8 | 0.27 | 9617 ROBIN LN | 4 | 2.5 | 2,737 | 11,200 | 1968 | 325,000 | 09/30/2013 | 299,000 | 08/22/2013 | C011 | | | | L Mkt | Sold |

**271 SAUVE RD    RIVER RIDGE  LA  70123**

Estimated Value: **312,000**  Loan No: ☐  Date: 09/03/2015
High: **327,600**  Low: **296,400**  Ref No:  Retro Dt:

### Selected Comparables

| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte. | REO | FC | SS | Source | Status |
|---|------|---------|------|-------|--------|------|----------|------|---------|------|---------|--------|-----|----|----|--------|--------|
| 9 | 0.3 | 204 NELSON DR | 3 | 2.5 | 2,241 | 6,100 | 1978 | 275,000 | 09/18/2013 | 285,000 | 05/13/2013 | C016 | | | | L Mkt | Sold |
| 10 | 0.24 | 10109 TIFFANY DR | 4 | 2.5 | 2,350 | 6,800 | 1965 | 281,000 | 12/12/2013 | 289,900 | 10/25/2013 | C016 | | | | L Mkt | Sold |
| 11 | 0.47 | 728 CELESTE AVE | 4 | 2 | 2,460 | 13,200 | 1956 | 253,500 | 10/21/2013 | 257,000 | 08/28/2013 | C008 | | | | L Mkt | Sold |
| 12 | 0.23 | 10132 FLORENCE CT | 4 | 2.5 | 2,747 | 9,000 | 1964 | 278,000 | 11/22/2013 | 284,500 | 08/06/2013 | C016 | | | | L Mkt | Sold |
| 13 | 0.36 | 605 CELESTE AVE | 4 | 2.5 | 2,129 | 11,800 | 1958 | 304,000 | 05/23/2014 | 312,000 | 02/27/2014 | C008 | | | | L Mkt | Sold |
| 14 | 0.29 | 9909 RIVER RIDGE DR | 4 | 4 | 2,753 | 11,700 | 1978 | 355,000 | 06/30/2014 | 379,500 | 01/07/2014 | C016 | | | | L Mkt | Sold |
| 15 | 0.64 | 130 TUDOR AVE | 5 | 4.5 | 2,385 | 18,600 | 1972 | 238,000 | 11/24/2014 | 259,000 | 04/30/2014 | C012 | | | | L Mkt | Sold |

### Other Comparables

| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte. | REO | FC | SS | Source | Status |
|---|------|---------|------|-------|--------|------|----------|------|---------|------|---------|--------|-----|----|----|--------|--------|
| 1 | 0.2 | 10130 SUZANNE DR | 4 | 2.5 | 2,724 | | 1964 | 425,000 | 05/16/2014 | 425,000 | 04/04/2014 | C016 | | | | L Mkt | Sold |
| 3 | 0.4 | 338 GARDEN RD | 3 | 3.5 | 2,740 | 43,560 | 1954 | 619,000 | 03/18/2014 | 619,000 | 04/22/2013 | C011 | | | | L Mkt | Sold |

RID# 84844619     Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

**Collateral Analytics**                                                                                             **Altisource** Real Estate Valuation Services

**271 SAUVE RD    RIVER RIDGE  LA   70123**
Estimated Value:  312,000                                      Loan No:                       Date: 09/03/2015
**High: 327,600  Low: 296,400**                                Ref No:                        Retro Dt:

| Subject Photos | |
|---|---|



655158549_Front

2015-06-17 13:53:38

RID# 84844619                    Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

Case 15-12570    Doc 25-7    Filed 12/22/15    Entered 12/22/15 14:57:35    Exhibit BPO    Page 4 of 5

**271 SAUVE RD    RIVER RIDGE  LA  70123**
Estimated Value: 312,000
High: 327,600  Low: 296,400

Loan No:
Ref No:
Date: 09/03/2015
Retro Dt:

### Charts











RID# 84844619

Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

**Collateral Analytics** — Altisource Real Estate Valuation Services

**271 SAUVE RD    RIVER RIDGE  LA  70123**
Estimated Value: 312,000
High: 327,600  Low: 296,400

Loan No:
Ref No:

Date: 09/03/2015
Retro Dt:

## Charts



**Disclaimer:** This **estimate of market value** is computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics, LLC to available public record, local market and proprietary data. This report has not been prepared by a licensed appraiser nor does it constitute an appraisal of the subject property and should not be relied upon as such. The data used to generate this report does not include information that could be derived from an inspection of the subject property and its surroundings. The condition of the property could greatly affect the accuracy of the estimate of value. The data and the information derived from the data in this report is provided as available and "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk. Collateral Analytics, LLC is not liable for the accuracy of the data or information provided in this report. The accuracy of the data and methodologies used are deemed reliable but are not warranted or guaranteed. The **charts and graphs** contained herein are computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics, LLC to available public record, local market and proprietary data compiled by Collateral Analytics, LLC. Such data is deemed reliable but may not be complete or accurate in all cases and is not guaranteed. Collateral Analytics, LLC is not liable for the accuracy of the information provided. The information displayed in these graphics is provided "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk.

Equal Housing Opportunity Statement: We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.