## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | SIDNEY LEVIN SHUSHAN | CASE NO. 15-12570 |
| | CANDIDA FAIRFIELD SHUSHAN | SECTION "A" |
| | DEBTORS | CHAPTER 7 |

### STIPULATION TO MODIFY STAY

A Motion To Lift Automatic Stay, in this proceeding was filed on behalf of OCWEN Loan Servicing, LLC ("Movant"), and was set for hearing on the 19th day of January, 2016. The parties affected by the motion resolved the motion and have agreed to the following stipulation:

1. The Trustee shall have a marketing period of 180 days from the Hearing date, to obtain a binding contract for the sale of the mortgaged property (a "Contract"). Should there be no Contract of sale obtained on the property on or before July 19, 2016 and if the mortgage is delinquent, the stay imposed herein will lift by ex parte order, without additional notice, upon the filing of an affidavit by Mover attesting to the absence of a Contract and a mortgage delinquency.

AGREED:

Respectfully submitted,                                      APPROVED AS TO FORM & CONTENT:

LAW OFFICES OF HERSCHEL C. ADCOCK, JR.
S/HERSCHEL C. ADCOCK, JR.                    /s/ WILBUR J. BABIN, JR.
HERSCHEL C. ADCOCK, JR., #17903          WILBUR J. BABIN #1214
MITCHELL D. DICKSON, #35108                 3027 Ridgelake Drive
P. O. BOX 87379                                          Metairie, Louisiana  70002
BATON ROUGE, LA 70879-8379              Phone: (504) 837-1230
Phone: (225) 756-0373                              Chapter 7 Trustee
OUR FILE:  23718.B