IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | NO.   15-12570 |
| | * | |
| **SIDNEY L. SHUSHAN** | * | SECTION A |
| **CANDIDA F. SHUSHAN** | * | |
| | * | CHAPTER 7 |
| *Debtors* | * | |

\*   \*   \*   \*   \*   \*   \*

### APPLICATION FOR AUTHORITY TO SELL PROPERTY AT PRIVATE SALE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

**NOW INTO COURT**, comes Trustee, Wilbur J. "Bill" Babin, Jr., who files this Application for Authority to Sell Property at Private Sale Free and Clear of All Liens, Claims and Encumbrances and respectfully represents:

### BACKGROUND

1.

On October 6, 2015 (the "Petition Date"), Sidney Levin Shushan and Candida Fairfield Shushan (the "Debtors"), filed a voluntary petition for relief under Chapter 7 of Title 11 of the United State Code (the "Bankruptcy Code").  Trustee was appointed interim trustee on that same day and was confirmed as permanent trustee at the §341 meeting of creditors on November 12, 2015.

2.

This Court has original jurisdiction pursuant to 28 U.S.C. § § 157 and 1334, and venue is proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409.

3.

This is a core proceeding pursuant to 28 U.S.C. § 157(b) (2) (A) (K) (N) & (O).

4.

The assets of this bankruptcy estate include the debtor's one hundred (100%) percent interest in the Succession of Ruth M. Shushan of which debtor, Sidney L.

Shushan, is the sole heir and Independent Executor. There are no separate debts in the Succession. The Succession owns a 100% interest in Unit 1001 of the Riverwood Condominium at municipal address 2301 Edenborn, Metairie, LA ("Unit 1001"), as more particularly described on Exhibit "A" attached hereto.

5.

Trustee has now received an offer from Robin Byrd in the amount of THIRTY THOUSAND AND NO/100 ($30,000.00) DOLLARS for the purchase of Unit 1001, see Exhibit "B" attached hereto.

6.

Said sale shall be "as is, where is" with no warranty whatsoever except as to clear title.

7.

Said property is subject to a lien by Riverwood Condominium Association, LLC in the amount of $6,351.31 which will be paid from the net proceeds of the sale after payment of pro-rated taxes through the date of sale, any additional outstanding Condo Association fees, and any other normal and customary closing costs. Riverwood shall also amend Claim No. 11 to reflect the claim has been paid in full after the act of sale.

8.

Said property is also subject to a mortgage in favor of Ajubita, Lefwich & Salzer, LLC ("Ajubita") in the amount of $111,598.11, recorded January 18, 2011. Ajubita has agreed to a $5,000.00 carve out to the unsecured creditors of the Bankruptcy Estate plus 10% of any purchase price over $30,000.00 should trustee receive any higher bids. All proceeds of the sale over and above the real estate taxes, closing costs, condo fees and the carve out shall be paid to Ajubita. Ajubita shall also reserve a general unsecured claim against the bankruptcy estate for the balance of the debt.

9.

Pursuant to 11 U.S.C. §363 (f) and/or (h) and §725, notice shall be given to each lien claimant and this property shall be sold free and clear of all liens, claims and encumbrances and the property sold shall be released from all liens, claims and encumbrances upon payment of the purchase price. The Recorder of Mortgages for the Parish of Jefferson, State of Louisiana, shall be authorized and directed to cancel all liens and inscriptions in so far as they bear against said property including but not limited to that tax lien against Sidney Shushan in favor of the U.S. Internal Revenue Service in the amount of $38,507.35 recorded August 15, 2012 at Instrument #11238786 and Mortgage Book 4541 Page 676 of the mortgage records of the Parish of Jefferson, State of Louisiana. Trustee avers that the above tax lien does not bear against the property being sold and even if it does, it is inferior to the Ajubita mortgage.

10.

Trustee avers that this sale and the procedures outlined herein above are in the best interest of the Bankruptcy Estate for the following reasons:

   a. Said offer represents a reasonable price in light of the fair market value of the property and constitutes the highest and best offer received by the trustee;
   b. The bankruptcy estate will receive at least $5,000.00 of the purchase price;
   c. The debt held by Riverwood Condominium Association, Inc. against the Bankruptcy Estate will be paid in full as a result of this sale and the claim of Ajubita, Lefwich & Salzer, LLC will be reduced.

**WHEREFORE**, applicant prays that Notice of Trustee's Application for Authority to Sell Property at Private Sale Free and Clear of All Liens, Claims and Encumbrances and to Riverwood Condominium Association, Inc., be sent to all creditors and parties in interest and that after due proceedings had, that trustee's application be granted and that trustee and debtor, Sidney Shushan, as independent executor of the Succession of Ruth M. Shushan, be authorized to execute any and all documents

necessary to effect said sale under the terms and conditions set forth herein.

And for all just and equitable relief as the nature of this case may permit.

Respectfully submitted:

*/s/ Wilbur J. "Bill" Babin, Jr.*
WILBUR J. (BILL) BABIN, JR.
TRUSTEE
3027 RIDGELAKE DR.
METAIRIE, LA 70002
(504) 833-8668 Telephone
(504) 832-0324 Facsimile