IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | NO.   15-12570 |
| | * | |
| **SIDNEY L. SHUSHAN** | * | SECTION A |
| **CANDIDA F. SHUSHAN** | * | |
| | * | CHAPTER 7 |
| *Debtors* | * | |

\* \* \* \* \* \* \*

### OBJECTION/HIGHER OFFER ON TRUSTEE'S APPLICATION FOR AUTHORITY TO SELL PROPERTY AT PRIVATE SALE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

Attached, for filing into the record is an objection/higher offer received by the trustee on Unit 1001 of the Riverwood Condominium at municipal address 2301 Edenborn, Metairie, LA.

Respectfully submitted:

*/s/ Wilbur J. "Bill" Babin, Jr.*
WILBUR J. (BILL) BABIN, JR.
TRUSTEE
3027 RIDGELAKE DR.
METAIRIE, LA 70002
(504) 833-8668 Telephone
(504) 832-0324 Facsimile

Dated: August 15, 2016