# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| In Re:<br>SHUSHAN, SIDNEY LEVIN<br>SHUSHAN, CANDIDA FAIRFIELD<br><br>**Debtor(s)** | Case No. 15-12570<br>Chapter  07  Asset Case<br>Judge    ELIZABETH W. MAGNER<br><br>Trustee  WILBUR J. (BILL) BABIN, JR. |
|---|---|

## INTERIM REPORT OF TRUSTEE

1. Report number IV for the period ending 12/18/17.

2. Date of section 341(a) meeting: 11/12/15
   Date appointment accepted:    10/06/15

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   | | | | |
   |---|---|---|---|
   | Total receipts | 8,600.00 | Checking | 5,428.21 |
   | Total disbursements | 3,171.79 | Money Market | 0.00 |
   | | | Investment | 0.00 |
   | | | **Total** | **$5,428.21** |

   The amount of the Trustee's bond is: Blanket Bond $25,365,767.00 which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:         $1,440,731.00
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:   **(None)**

5. Projected total value to be realized (total of 3 + 4):   $1,446,159.21

6. Major activities during the reporting period not reflected in the Individual Estate Property Record and Form 2:

   Next Activity:

   Matters Pending, Date of Hearing or Sale, and Other Action:
   TRUSTEE CONTINUES TO MARKET DEBTORS' PROPERTY.

7. Projected date of final report:  07/31/18

   Trustee's Signature: _/s/ Bill Babin_____

   WILBUR J. (BILL) BABIN, JR.
   3027 RIDGELAKE DR
   METAIRIE, LA 70002
   Date: 12/18/17    (504) 837-1230